No. 41,456

ALICE DUNLAP, *Appellee*, v. CROWN DRUG COMPANY, and UNITED STATES FIRE INSURANCE COMPANY, *Appellants*.

(348 P. 2d 609)

Opinion denying rehearing filed January 23, 1960. (For original opinion of affirmance as modified, see *Dunlap v. Crown Drug Co.*, 185 Kan. 494, 345 P. 2d 657.)

The opinion of the court was delivered by

ROBB, J.: The third paragraph at page 498 of the opinion in *Dunlap v. Crown Drug Co.*, 185 Kan. 494, 345 P. 2d 657, is stricken, and in lieu thereof the following is substituted:

"Claimant is entitled to $32.00 per week for 110.86 compensable weeks amounting to a total sum of $3,547.20 of which $717.70 has already been paid, leaving a balance of $2,829.49 which should be paid her in a lump sum.

Otherwise, petitions for rehearing are denied.